IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE M. FOURNERAT, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-928-K-BW |
| | § | |
| QUINN ALAN GREEN, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), filed on March 23, 2026 (Dkt. No. 4), is **DENIED**.

Plaintiff's Notice of Appeal of the Court's Findings, Conclusions of the United States Magistrate Judge, treated as Objections to the Findings, Conclusions of the United States Magistrate Judge [ECF No. 8] are **OVERRULED**.

The Plaintiff shall pay the $405 filing fee in four equal monthly installment payments of $101.25 beginning **May 21, 2026** and ending **August 21, 2026**, or this

Page 1 of 2

action will be **DISMISSED** without prejudice and without further notice by separate

judgment.

      **SO ORDERED.**

      **Signed May 8th, 2026.**

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE